**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*401 Market St., P.O. Box 2098*
*Camden, New Jersey 08101*
*856-757-5026*

September 3, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Attention: Marcy Plye, Deputy Clerk

Re: *United States* v. *Phu Nguyen*

Dear Ms. Plye:

Enclosed for assignment is an Information charging defendant Phu Nguyen with Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d). The cover sheet is also enclosed.

Very truly yours,

*/s/ Joseph McFarlane*
By: Joseph S. McFarlane
Assistant U.S. Attorney

Encls.